```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x
SIMON J. BURCHETT PHOTOGRAPHY, INC.:
                                        :
                       Plaintiff,       :   21 Civ. 7915
                                        :
      - against -                       :   ORDER
                                        :
WORLD BUSINESS ACADEMY, LTD.,           :
                                        :
                       Defendant.       :
-----------------------------------------x
```

**VICTOR MARRERO, United States District Judge.**

On November 24, 2021, defendant in the above-captioned matter filed a letter, addressed to plaintiff's counsel, in anticipation of moving to dismiss the complaint. (See Dkt. No. 8.)

As of June 29, 2022, no further filings have been made in this action. Within seven (7) days of the date of this order, the parties are directed to file a status update informing the Court whether additional motion practice is comtemplated.

**SO ORDERED:**

Dated: New York, New York
       29 June 2022

_____
Victor Marrero
U.S.D.J.